UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 97-CR-00078-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VINCENT FANNING, a/k/a Jason Preyer

    Defendant.

# ORDER

THIS MATTER is before the Court on the *pro se* Defendant's: (1) multiple Motions for Prompt Correction of Pre-Sentence Investigation Report and Commitment Order, filed February 24, 2004 [#126], April 21, 2004 [#127], and November 15, 2004 [#130] and (2) multiple Motions to Restore his Legal Address Prior to Being Indicted and After Bond Revocation, filed October 5, 2004 [#128] and November 15, 2004 [#131]. The Government has not responded to any of the motions.

In February 1997, the Defendant was charged in a 71-count indictment with 1 count of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A); 67 counts of money laundering and aiding and abetting same, in violation of 18 U.S.C. §§ 2, 1956(a)(1)(B)(I), and 1956(a)(1)(B)(I); and 3 counts of forfeiture under 18 U.S.C. § 982 and 21 U.S.C. § 853. In February 1998, the Defendant pled guilty to 7 counts of money laundering. In March 2001,[1] the Defendant was sentenced

---

[1] The Defendant unsuccessfully attempted to withdraw his guilty plea, resulting in passage of multiple years between his plea and sentencing.

to 120 months imprisonment and 5 years of supervised release. The Federal Bureau of Prisons represents that the Defendant was released from custody on July 31, 2008.[2]

In all of the motions now pending before the Court, the Defendant requests to have his address of record changed to allow for the possibility that he might be transferred from the correctional facility in which he was incarcerated, located in Colorado, to a facility located closer to his family in Arizona and California. As the Defendant is no longer in custody, the relief sought in his motions is no longer relevant.

Therefore, it is hereby ORDERED that

1. The Defendant's Motions for Prompt Correction of Pre-Sentence Investigation Report and Commitment Order, filed February 24, 2004 [#126], April 21, 2004 [#127], and November 15, 2004 [#130] are **DENIED AS MOOT**; and

2. The Defendant's Motions to Restore his Legal Address Prior to Being Indicted and After Bond Revocation, filed October 5, 2004 [#128] and November 15, 2004 [#131] are **DENIED AS MOOT.**

Dated: June 15, 2010

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] *See* http://www.bop.gov/iloc2/LocateInmate.jsp (last visited April 30, 2010).